IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 10-82439-TJM |
| ROBERT P. HORGAN, | ) | |
| | ) | |
| Debtor. | ) | APPEARANCE AND REQUEST |
| | ) | FOR NOTICE |
| | ) | |
| | ) | |

COMES NOW Nicole Engelhardt Hughes, attorney at law, and pursuant to Bankruptcy Rule 2002, hereby enters her appearance herein on behalf of Robert P. Horgan, the Debtor in the above proceeding, and requests that copies of all future notices, motions, pleadings, documents, reports or other matters filed herein be sent to the undersigned and that the undersigned's name be added to the Court's master matrix.

Dated: August 23, 2010.        /s/ Nicole Hughes
                               Nicole Engelhardt Hughes
                               Telpner, Peterson, Smith, Ruesch,
                                   Thomas & Simpson, LLP
                               25 Main Place, Suite 200
                               P.O. Box 248
                               Council Bluffs, IA  51502-0248
                               Telephone:  (712) 325-9000
                               Facsimile:  (712) 328-1946
                               E-mail:  nhughes@telpnerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patricia Fahey
U.S. Trustee's Office
111 So 18th Plz
Suite 1148
Omaha, NE 68102

Rick D. Lange
Chapter 7 Trustee
1201 Lincoln Mall, Ste 102
Lincoln, NE 68508


and I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Robert P. Horgan
13415 Eagle Run Drive
Omaha, NE 68164

/s/ Kris Franks